HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN AND MICHELLE MARTS,

    Plaintiffs,

  v.

US BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

CASE NO. C13-908 RAJ

ORDER

This matter comes before the court on plaintiffs' motion to amend the complaint. Dkt. # 11. District courts freely grant leave to amend when justice so requires. Fed. R. Civ. P. 15. Leave should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). Defendants US Bank National Association and Mortgage Electronic Registration Systems, Inc. have indicated that they do not oppose the motion (Dkt. # 12 at 2; # 14), and defendant Quality Loan Services Corp has not filed an opposition.

Accordingly, the court GRANTS plaintiffs' motion for leave to amend. Plaintiffs shall file their amended complaint within one week of the date of this order.

ORDER- 1

1   Dated this 16th day of September, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2