Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN AND MICHELLE MARTS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>US BANK NATIONAL ASSOCIATION, TRUSTEE, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-00908-RAJ<br><br>ORDER DISMISSING CLAIMS AGAINST QUALITY LOAN SERVICE CORPORATION AND QUALITY LOAN SERVICE CORPORATION OF WASHINGTON |

THIS MATTER comes before the Court on the parties' Agreed Motion to Dismiss Claims Against Defendants Quality Loan Service Corporation and Quality Loan Service Corporation of Washington. Having considered the agreed motion, and the files and pleadings herein,

IT IS ORDERED that the parties' Agreed Motion to Dismiss Claims against Defendants Quality Loan Service Corporation and Quality Loan Service Corporation of Washington (Dkt. #32) is hereby GRANTED.

ORDER - 1

Law Office of Jason E. Anderson
8015 15th Ave NE Ste 5
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653

Plaintiffs' claims against Quality Loan Service Corporation and Quality Loan Service Corporation of Washington are hereby dismissed with prejudice with each party to bear their own costs.

DATED this 5th day of September, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2

Law Office of Jason E. Anderson
8015 15th Ave NE Ste 5
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653